■ BALL AND GILES, INC., Respondent, v. JEFF A. BUSHA et al., Defendants and Third-Party Plaintiffs-Appellants. MINTZER PETROLEUM CORPORATION, Third-Party Defendant-Appellant.— Order unanimously affirmed, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.